[Decided January 17, 1887.]

## GEORGE O'HARE v. ANGIE WILSON AND CHARLES WILSON.

APPEAL — AFFIRMANCE OF JUDGMENT — SURETIES. — A judgment of affirmance will be rendered against the appellant and the sureties on his appeal bond upon the production of certified copy of judgment and journal entry of notice of appeal, when the appellant fails to prosecute an appeal taken under the appeal act of 1883.

APPEAL from the District Court holding terms at Oysterville. Second District.

Motion to affirm judgment for want of transcript, based upon the production of a duly authenticated transcript of the judgment and of the journal entry of notice of appeal.

No briefs on file.

Mr. Chief Justice GREENE delivered the opinion of the court.

We are of opinion that where a cause is brought to this court under the appeal act of 1883, and the appellant fails to prosecute his appeal, the appellee may have

the judgment of the District Court affirmed and judgment rendered in this court against the sureties on the appeal bond, upon production to this court of the appeal bond and a transcript of the judgment, and of the journal entry of notice of appeal duly authenticated.

LANGFORD, J., concurred.